EXHIBIT A TO FORM 2030

| | | |
|---|---|---|
| Total Funds Paid or to be Paid to Miller Law Group, PC | $4,450.00 | Total |
| The above includes the following that has been paid to Miller Law Group, PC pre-petition: | $310.00 | Bankruptcy Court Filing Fee |
| | $80.00 | Credit Counseling & Debtor Education Fees |
| | $33.00 | Credit Report |
| | $77.00 | To be forwarded to the Chapter 13 Trustee upon the filing of the case |
| | $3,800.00 | Attorney's Fees |
| | $150.00 | Administrative Costs |
| **The balance to be paid by the Chapter 13 Trustee:** | **$3,950.00** | **Attorney's fees and Admin Costs** |