IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| In re: ALVIN P. MORRIS,<br><br>Debtor. | Chapter 13<br><br>Case No. 17-61423 |
| **GEORGE INGE,**<br><br>Movant,<br><br>v.<br><br>**ALVIN P. MORRIS,**<br><br>Respondent. | Motion No. _____ |

### **NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

Movant has filed papers with the court seeking relief from the automatic stay of 11 U.S.C § 362(a) to enable Movant to proceed with a partition suit in the Circuit Court of Charlottesville, Virginia regarding the property known as 801 Anderson Street, Charlottesville, VA 22903. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one)

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by **FEBURARY 23, 2018** you or your lawyer must:

X    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing to the court for filing, you must mail it early enough, so the court will RECEIVE it on or before the date stated above.

Clerk of Court
U.S. Bankruptcy Court
for the Western District of Virginia
Lynchburg Division
1101 Court Street, Room 210
Lynchburg, VA 24505

You must also mail a copy to:

Neal L. Walters, Esq.
Rebecca C. Hryvniak, Esq.
Scott | Kroner, PLC
418 East Water Street
Charlottesville, VA 22902

Herbert L. Beskin, Trustee
P.O. Box 2103
Charlottesville, VA 22902

___   Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. If no

timely response has been filed opposing the relief requested, the court may grant the relief without

holding a hearing.

 X    Attend the hearing on the motion scheduled for March 22, 2018 at 9:30 AM in the United States
      Bankruptcy Court:
      US Courthouse
      Courtroom 200
      255 W. Main Street
      Charlottesville, VA 22902

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTIONAND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

                              **s/Neal L. Walters**
                              Neal L. Walters, Esq.
                              Attorney for Plaintiff
                              Scott│Kroner PLC
                              418 East Water Street
                              P.O. Box 2737
                              Charlottesville, VA 22902
                              Telephone: (434) 296-2161
                              Fax: (434) 293-2073
                              E-mail: nwalters@scottkroner.com

                              Attorneys for George Inge.

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2018, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Trustee and all counsel of record.

                        **s/Neal L. Walters**
                        Neal L. Walters, Esq.
                        Attorney for Plaintiff
                        Scott│Kroner PLC
                        418 East Water Street
                        P.O. Box 2737
                        Charlottesville, VA 22902
                        Telephone: (434) 296-2161
                        Fax: (434) 293-2073
                        E-mail: nwalters@scottkroner.com