

**SIGNED THIS 27th day of August, 2018**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| IN RE: ALVIN P. MORRIS )<br>    Debtor. )<br>_____ )<br>    )<br>    )<br>GEORGE INGE )<br>    Movant, )<br>v. )<br>ALVIN P. MORRIS )<br>    Respondent. )<br>_____ ) | | CHAPTER 13<br>CASE NO.17-61423 |

### ORDER ON MOTION FOR RELIEF FROM STAY

Upon a hearing conducted on August 16, 2018, on the Motion for Relief, filed by George Inge, movant, and response thereto, filed by Alvin P. Morris, debtor and respondent, at which hearing movant's counsel, respondent, and respondent's counsel appeared, and it appearing proper to do so, it is accordingly

ORDERED

that, for the reasons stated on the record, the Motion for Relief is hereby DENIED.

The Clerk is directed to mail copies of this Order to Counsel for the Movant and Counsel for the Respondent.

***END OF ORDER***

I ask for this:

/s/Stuart C. Salmon
Stuart C. Salmon (VSB # 68617)
Miller Law Group, P.C.
485 Hillsdale Drive
Suite 341, Jordan Building
Charlottesville, VA 22901
Phone (434) 974-9776
Fax    (434)974-6773
Counsel for Respondent


Seen and Agreed:

   /s/ Rebecca C. Hryvniak _____
Rebecca C. Hryvniak (VSB # _ _ _ _ _ )
Scott/Kroner PLC
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
Phone (434) 296-2161
Fax    (434) 293-2073
Counsel for Movant