

SIGNED  February 14, 2020
 THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: Alvin Princeton Morris | CASE NO. 17–61423 |
|---|---|
| Debtor(s) | CHAPTER 13 |

### ORDER DISMISSING CASE

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related pending motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. If the Discharge Order has been issued, the same is recinded.

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

van02

**END OF ORDER**

```
                         United States Bankruptcy Court
                          Western District of Virginia
In re:                                                                   Case No. 17-61423-rbc
Alvin Princeton Morris                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0423-6          User: roseg                 Page 1 of 2                  Date Rcvd: Feb 14, 2020
                              Form ID: van02              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
db            +Alvin Princeton Morris,    801 Anderson Street,    Charlottesville, VA 22903-4407
              +CHARLOTTESVILLE PUBLIC SCHOOLS,    ATTN: PAYROLL DEPT,    1562 DAIRY ROAD,
                CHARLOTTESVILLE, VA 22903-1304
mov           +George Roger Inge,    c/o Scott Kroner PLC,    P.O. Box 2737,    Charlottesville, VA 22902-2737
4464068       +Albemarle County GDC,    501 E. Jefferson St,    Charlottesville, VA 22902-5172
4464074      ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court: Dominion Virginia Power,     P. O. Box 26543,
                Richmond, VA 23290-0001)
4464075       +Elephant Insurance Services,    9950 Mayland Drive,    Henrico, VA 23233-1463
4489822       +JPMorgan Chase Bank, National Association,     C/o McCabe, Weisberg & Conway, LLC,
                312 Marshall Avenue, Suite 800,    Laurel, MD 20707-4808
4464081       +Mary Baldwin University,    101 E Frederick St,    Staunton, VA 24401-3615
4838123       +McCabe, Weisberg & Conway, LLC,    Suite 800,    312 Marshall Ave.,    Laurel, MD 20707-4808
4464082       +Medexpress Billing,    PO Box 7962,    Belfast, ME 04915-7900
4464084       +Penn Credit,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
4464085        Piedmont Emergency Consultants PLC,     PO Box 11647,    Daytona Beach, FL 32120-1647
4464087       +Time Disposal,    P.O. BOX 7174,    Charlottesville, VA 22906-7174
4468398       +UVA Medical Center,    P O Box 744123,    Atlanta, GA 30374-4123
4464091       +UVA Physicians Group,    P O Box 744123,    Atlanta, GA 30374-4123
4464089       +United Consumers, Inc.,    PO Box 4466,    Woodbridge, VA 22194-4466
4464090       +Us Dept Ed,    Po Box 1030,    Coraopolis, PA 15108-6030
4464093       +Virginia Department Of Motor Vehicl,     PO BOX 27412,    Richmond, VA 23269-7412
4464095       +W.A. Hartman Memorials, LLC,    459 Noll Drive,    Harrisonburg, VA 22802-3995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: ECMC.COM Feb 15 2020 03:33:00      US Department of Education,    P O Box 16448,
                Saint Paul, MN 55116-0448
4464067       +EDI: AFNIRECOVERY.COM Feb 15 2020 03:33:00       Afni,   Po Box 3427,
                Bloomington, IL 61702-3427
4464069       +EDI: APPLIEDBANK.COM Feb 15 2020 03:33:00       Applied Card Bank,    660 Plaza Dr,
                Newark, DE 19702-6369
4464070       +EDI: CAUT.COM Feb 15 2020 03:33:00      Chase Auto Finance,    National Bankruptcy Dept,
                201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
4464071        E-mail/Text: citytreas@charlottesville.org Feb 14 2020 22:33:39
                City of Charlottesville Treasurer,     PO BOX 2854,    Charlottesville, VA 22902-2854
4464072       +EDI: COMCASTCBLCENT Feb 15 2020 03:33:00       Comcast,   PO Box 3005,
                Southeastern, PA 19398-3005
4464073        EDI: ESSL.COM Feb 15 2020 03:33:00      Dish Network,    PO Box 105169,    Atlanta, GA 30348-5169
4464076       +E-mail/Text: bknotice@ercbpo.com Feb 14 2020 22:33:51        ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
4464077       +EDI: RMSC.COM Feb 15 2020 03:33:00      GE Capital Retail Bank,    P.O. Box 965004,
                Orlando, FL 32896-5004
4464079        EDI: IRS.COM Feb 15 2020 03:33:00      Internal Revenue Service,    Insolvency Unit,
                400 N 8th St Ste 76,    Richmond, VA 23219-4836
4503714        EDI: CAUT.COM Feb 15 2020 03:33:00      JPMorgan Chase Bank, N.A.,     P.O. Box 29505 AZ1-1191,
                Phoenix 85038-9505
4464080       +E-mail/Text: support@bullcityfinancial.com Feb 14 2020 22:34:02        Jl Walston & Associate,
                1107 West Main St., Suite 201,    Durham, NC 27701-2028
4464083       +EDI: MID8.COM Feb 15 2020 03:33:00      Midland Funding,    2365 Northside Dr,    Suite 300,
                San Diego, CA 92108-2709
4505079        EDI: Q3G.COM Feb 15 2020 03:33:00      Quantum3 Group LLC as agent for,     Sadino Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
4464086       +EDI: WTRRNBANK.COM Feb 15 2020 03:33:00       Target,   C/O Financial & Retail Srvs,
                Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
4464088       +E-mail/Text: bankruptcydepartment@tsico.com Feb 14 2020 22:34:00        Transworld Sys Inc/51,
                Po Box 15618,    Wilmington, DE 19850-5618
4532640        EDI: ECMC.COM Feb 15 2020 03:33:00      U S Department of Education,    PO Box 16448,
                St. Paul, MN 55116-0448
4464092       +E-mail/Text: bkrpt21@maxprofitsys.com Feb 14 2020 22:33:49        Valley Credit Service, Inc,
                Po Box 2162,    Hagerstown, MD 21742-2162
4464094        E-mail/Text: bkr@taxva.com Feb 14 2020 22:33:57        Virginia Department of Taxation,
                Bankruptcy Unit,    PO Box 2156,    Richmond, VA 23218-2156
4464096       +EDI: RMSC.COM Feb 15 2020 03:33:00      Walmart/Synchrony Bank,    PO Box 530927,
                Atlanta, GA 30353-0927
                                                                                                TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMorgan Chase Bank, National Association
```

```
District/off: 0423-6          User: roseg              Page 2 of 2             Date Rcvd: Feb 14, 2020
                              Form ID: van02           Total Noticed: 39

4464078*         Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                           TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2020 at the address(es) listed below:

```
          Dinh H. Ngo    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bankruptcyva@mwc-law.com,  bankruptcyva@ecf.inforuptcy.com
          Herbert L Beskin(82)    hbeskin@cvillech13.net, bss@cvillech13.net
          Larry L. Miller    on behalf of Debtor Alvin Princeton Morris larry@millerlawgrouppc.com,
           jessie@larrylmillerpc.com,  jessie@larrylmillerpc.com
          Melvin A. Burruss    on behalf of Debtor Alvin Princeton Morris melvin@millerlawgrouppc.com,
           stuart@millerlawgrouppc.com,jessie@larrylmillerpc.com,  jessie@larrylmillerpc.com
          Rebecca    Hryvniak    on behalf of Movant George Roger Inge rhryvniak@scottkroner.com
          Richard D. Painter    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bankruptcyva@mwc-law.com
          USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                    TOTAL: 7
```